# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| Ayoub Qaiymah | ) | **4:17CR00234 RLW/DDN** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*

Ayoub Qaiymah

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18, USC, Section 371 - Conspiracy to Traffic in Contraband Cigarettes

Date: May 24, 2017

*Issuing Officer's Signature*

GREGORY J. LINHARES
Clerk, United States District Court
*Printed Name and Title*

City and State: St. Louis, MO

### RETURN

This warrant was received on *(date)* 5/24/17, and the person was arrested on *(date)* 5/31/17
At *(city and state)* Richmond, VA
Date: 5/31/17

*Arresting Officer's Signature*

Farris Moore, Special Agent
*Printed name and title*